UNITED STATES of America,
Plaintiff—Appellee,

v.

David Lamont BEEKS, Defendant—
Appellant.

No. 04–6755.

United States Court of Appeals,
Fourth Circuit.

Submitted July 21, 2004.

Decided Aug. 13, 2004.

David Lamont Beeks, Appellant pro se. Regan Alexandra Pendleton, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

David Lamont Beeks seeks to appeal the district court's order summarily dismissing his motion under 28 U.S.C. § 2255 (2000). We have independently reviewed the record and conclude that Beeks has not made a substantial showing of the denial of a constitutional right. *See Miller-El v. Cockrell,* 537 U.S. 322, 336, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*